UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 19-20773-CR-BLOOM

UNITED STATES OF AMERICA

vs.

YANOSKI ALBELO,

              **Defendant.**

_____/

## FACTUAL PROFFER

The United States of America and Yanoski Albelo ("defendant") agree that had this case proceeded to trial, the United States would have proven, beyond a reasonable doubt, the following facts, among others, beyond a reasonable doubt:

The defendant was the warehouse manager for King's Ocean warehouse, located at 11000 NW 29th Street, #210, Doral, Florida 33172, in the Southern District of Florida. On or about July 18, 2019, law enforcement conducted an inspection at King's Ocean warehouse and learned that some of the cargo stored at the warehouse, including pressure cleaners, generators, toys, almond beverage, and wine, did not have the proper paperwork. In a post-*Miranda* interview, the defendant admitted that those items did not have the proper paper work because they were stolen goods.

The defendant further admitted that for approximately the last eight (8) months he began working with another individual in a stolen cargo ring. This individual would procure the stolen cargo and then subsequently contact the defendant and ask him to hold the stolen cargo at King's Ocean warehouse until he found a buyer. Once the individual found a buyer for the stolen cargo, he would contact the defendant and let him know which cargo items would be picked-up.

Throughout the preceding eight (8) month period, the defendant arranged to hold stolen cargo for this individual at King's Ocean warehouse on numerous occasions, knowing that the cargo had been stolen. The United States and the defendant agree that the pressure cleaners, generators, toys, almond beverage, and wine traveled through interstate or foreign commerce.

The United States and the defendant agree that these facts, which do not include all of the facts known to the Government and the defendant, are sufficient to prove the guilt of the defendant of the crime of conspiring to possess goods stolen from an interstate or foreign shipment, in violation of Title 18, United States Code, Section 371.

ARIANA FAJARDO ORSHAN
UNITED STATES ATTORNEY

Date: 1/17/2020   By: _____
YARA L. KLUKAS
ASSISTANT UNITED STATES ATTORNEY

Date: 1/17/2020   By: _____
VANESSA CHEN
ATTORNEY FOR DEFENDANT

Date: 1/17/2020   By: _____
YANOSKI ALBELO
DEFENDANT

2